UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mike Davitt, | Case No. 20-CV-2064 (PJS/KMM) |
| Plaintiff, | |
| v. | **ORDER** |
| Amit Patel, | |
| Defendant. | |

This matter is before the Court on Plaintiff Mike Davitt's request for an additional sixty days to file an amended complaint. ECF No. 12. Based on Mr. Davitt's pro se status and the fact that he only recently had an opportunity to consult with volunteer counsel, the Court finds good cause to extend the deadline. Accordingly, the deadline for Mr. Davitt to submit his amended complaint is extended to April 1, 2021.

In addition, Mr. Davitt requests that a lawyer from the U.S. Department of Justice be appointed to represent him in this matter. *See* ECF No. 10. This is outside the authority of the Court. Under § 1915(e)(1), "[t]he court may *request* an attorney to represent any person unable to afford counsel" (emphasis added), and the Court may have inherent authority to appoint counsel where necessary, *see Mallard v. United States District Court for the Southern District of Iowa*, 490 U.S. 296, 310 (1989), the Court may not affirmatively direct the government to seek relief on behalf of a litigant. This request is denied.

SO ORDERED.

1

Date: February 9, 2021            *s/ Katherine Menendez*
                                  Katherine Menendez
                                  United States Magistrate Judge